IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHIDIEBELE OKAFOR,

    Petitioner,

v.

R.D. KEYES,[1]
Warden, Oxford FCI

    Respondent.

ORDER

Case No. 24-cv-87-jdp

---

Petitioner Chidiebele Okafor seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than March 27, 2024. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately August 5, 2023 through the date of the petition, February 5, 2024.

ORDER

IT IS ORDERED that:

1. Petitioner Chidiebele Okafor may have until March 27, 2024, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

---

[1] I have amended the case caption to add the name R. D. Keyes, the current warden of Oxford Federal Correctional Institution.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before March 27, 2024, I will assume that petitioner wishes to withdraw this petition.

Entered this 6th day of February, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge